UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                      CRIM. NO. 99-81037-02

v.

                                 PAUL D. BORMAN
                                 UNITED STATES DISTRICT JUDGE

MIGUEL ANAYA,

    Defendant.
_____/

**ORDER DENYING MOTION FOR RESENTENCING**

On March 16, 2010, Defendant Miguel Anaya was sentenced by this Court.

On March 19, 2010, Defendant Anaya filed a timely motion of appeal of his conviction and sentence to the United States Court of Appeals for the Sixth Circuit.

On March 23, 2010, Defendant Anaya filed a motion for resentencing in this United States District Court.

In *United States v. Garcia-Robles*, 562 F.3d 763, 767-68 (6th Cir. 2009), the Sixth Circuit held that when a defendant files a notice of appeal, that action divests the district court of jurisdiction, noting *Dunham v. United States*, 486 F.3d 931, 935 (6th Cir. 2007) ("The traditional rule is that ' a timely appeal divests the district court of jurisdiction to reconsider its judgment until the case is remanded by the Court of Appeals.' ((quoting *Pitlock v. Otis Elevator*, 8 F.3d 325, 327 (6th Cir. 1993)))."

Given that Defendant has filed a timely notice of appeal prior to the instant Motion, the Court is without jurisdiction to consider this motion, and therefore denies Defendant Anaya's Motion for Resentencing.

SO ORDERED.

S/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: May 3, 2010

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on May 3, 2010.

S/Denise Goodine
Case Manager